```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE NATIONAL RETIREMENT FUND and the    :
BOARD OF TRUSTEES OF THE NATIONAL       :    Civ. No. __19 cv 3875__
RETIREMENT FUND,                         :
                                         :
              Plaintiffs,                :
                                         :
    -vs-                                 :
                                         :
COLONY CAPITAL, LLC; COLONY              :
INVESTORS VI, L.P.; COLONY INVESTORS     :
VII, L.P.; COLONY RIH HOLDINGS LLC; RIH  :
COINVESTMENT PARTNERS, L.P.; RIH         :
VOTECO, LLC; RIH COINVESTMENT            :
VOTECO, LLC; THOMAS J. BARRACK, JR.;     :
and RIH RESORTS, LLC,                    :
                                         :
              Defendants                 :
                                         :
-------------------------------------------------------------X
```

# PLAINTIFFS' FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiffs, The National Retirement Fund and The Board of Trustees of The National Retirement Fund, by its undersigned attorneys and pursuant to Federal Rule of Civil Procedure 7.1, respectfully submit the following Corporate Disclosure Statement. The National Retirement Fund and The Board of Trustees of The National Retirement Fund have no parent corporation and no publicly held corporation owns ten percent or more of its stock.

Dated: May 1, 2019

New York, New York                                    SCHULTE ROTH & ZABEL LLP

                                                      By: /s/ Ronald E. Richman

                                                          Ronald E. Richman
                                                          Holly H. Weiss
                                                          919 Third Avenue
                                                          New York, New York 10022
                                                          (212) 756-2000 (telephone)
                                                          (212) 593-5955 (facsimile)
                                                          Ronald.Richman@srz.com
                                                          Holly.Weiss@srz.com

                                                          *Attorneys for Plaintiffs*