UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NATIONAL RETIREMENT FUND and the BOARD OF TRUSTEES OF THE NATIONAL RETIREMENT FUND,<br><br>                    Plaintiffs,<br><br>  against<br><br>COLONY CAPITAL, LLC, et al.,<br><br>                    Defendants. | CIVIL ACTION NO.: 19 Civ. 3875 (ALC) (SLC)<br><br>**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |
| COLONY INVESTORS VI, L.P. a Delaware limited partnership, et al.,<br><br>                    Plaintiffs,<br><br>  against<br><br>THE NATIONAL RETIREMENT FUND, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CIVIL ACTION NO.: 19 Civ. 3914 (ALC) (SLC)<br><br>**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |

**SARAH L. CAVE,** United States Magistrate Judge.

These actions have been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed.

R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

No initial case management conference yet having taken place in either action, it is hereby ORDERED that a joint initial conference in accordance with Fed. R. Civ. P. 16 will be held on **Monday, February 3, 2020 at 11:00 am**, in Courtroom 18A, 500 Pearl Street, New York, New York. At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c). The parties, having filed the same stipulation and order regarding deadlines and stipulation and protective order in these related cases, must also be prepared to discuss whether they want these cases to move along the same discovery schedule.

It is further ORDERED that counsel for each case shall meet and confer in accordance with Fed. R. Civ. P. 26(f) no later than **21 days before** the Initial Case Management Conference. No later than **one week (seven (7) calendar days) before** the conference, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan for each case, via ECF, signed by counsel for each party. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

To the extent the parties are in disagreement about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, <u>without argument</u>.

From both dockets, it appears that the parties' motions for an extension of time to file a protective order were granted. (See 19 Civ. 3875, ECF No. 39; 19 Civ. 3914, ECF No. 26). Accordingly, the Clerk of Court is respectively directed to close ECF No. 31 in 19 Civ. 3875 and ECF No. 14 in 19 Civ. 3914, and file this order on both dockets.

Dated:   New York, New York
         December 20, 2019

                                          SO ORDERED

                                         _____
                                         **SARAH L. CAVE**
                                         **United States Magistrate Judge**