

O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035

T: +1 310-553 6700
F: +1 310 246 6779
omm.com

**Matt Kline**
D: +1 310 246 6840
mkline@omm.com

January 23, 2020

**VIA ECF**

Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 702
New York, NY 10007

**Re:** Colony Investors VI, L.P., et al v. The National Retirement Fund et al,
Case No. 1:19-cv-03914-ALC-SLC (S.D.N.Y.)
National Retirement Fund et al v. Colony Capital, LLC et al,
Case No. 1:19-cv-03875-ALC-SLC (S.D.N.Y.)

Dear Judge Cave:

We represent all plaintiffs in Case No. 1:19-cv-03914-ALC-SLC and all defendants in related Case No. 1:19-cv-03875-ALC-SLC (collectively, "Colony Parties"). Pursuant to your Individual Practices, the Colony Parties hereby request an adjournment of the initial case management conference set for February 3, 2020, and the related deadline for the Report of Rule 26(f) Conference and Proposed Case Management Plan.

The parties to the above-captioned related cases have reached a settlement. The Colony Parties, which include three limited partnerships and five limited liability companies, anticipate having collected signatures from representatives with settlement authority by the end of next week, if not well before. Once the settlement is fully executed, the parties will submit joint dismissal stipulations to the Court. Neither party has previously requested an adjournment of this conference or the related Rule 26(f) Report deadline. Adjournment would avoid incurring unnecessary expenses and fees and expending judicial resources while the Colony Parties collect signatures. The Colony Parties reached out to the National Retirement Fund (the "Fund") to request its consent, and the Fund refused because it claims it does not understand why this additional time is needed.

For the foregoing reasons, the Colony Parties respectfully request that the initial case management conference be adjourned for just over two weeks to accommodate the President's Day holiday, from February 3, 2020 to February 20, 2020 (or, alternatively, February 21, 2020), and the related deadline for submitting the Rule 26(f) report be likewise extended from January 27, 2020 to February 13, 2020 (or, alternatively, February 14, 2020). A proposed order follows.



Respectfully submitted,

*/s/ Matt Kline*
Matt Kline

cc:     All Counsel of Record (via ECF)

---

Plaintiffs in 19 Civ. 3914 and Defendants in 19 Civ. 3875's Letter-Motions to adjourn the initial conferences scheduled for February 3, 2020 (ECF No. 50 in 19 Civ. 3875 and ECF No. 30 in 19 Civ. 3914) are GRANTED.  The initial conferences are rescheduled to **Thursday, February 20, 2020 at 3:00 pm.**  The parties' Rule 26(f) report is due by **Thursday, February 13, 2020**.

The Clerk of Court is respectfully directed to close ECF No. 50 in 19 Civ. 3875 and ECF No. 30 in 19 Civ. 3914, and file this order on both dockets.

SO-ORDERED 1/24/2020

SARAH L. CAVE
United States Magistrate Judge