# UNITED STATED DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NATIONAL RETIREMENT FUND, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COLONY CAPITAL, LLC, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cv-03875-ALC-SLC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs the National Retirement Fund and the Board of Trustees of the National Retirement Fund and Defendants Colony Capital, LLC, Colony Investors VI, L.P., Colony Investors VII, L.P., Colony RIH Holdings, LLC, RIH Coinvestment Partners, L.P., RIH Voteco, LLC, RIH Coinvestment Voteco, LLC, Thomas J. Barrack, Jr., and RIH Resorts, LLC by and through their undersigned counsel, hereby stipulate to the dismissal of the above-styled action with prejudice. Each party shall bear its own fees and costs.

Dated: January 28, 2020

Respectfully Submitted,

SCHULTE ROTH & ZABEL LLP

By: _____
Ronald E. Richman

Ronald E. Richman
Holly H. Weiss
919 Third Avenue
New York, New York 10022
(212) 756-2048 (telephone)

12

(212) 593-5955 (facsimile)
Ronald.Richman@srz.com
Holly.Weiss@srz.com

*Attorneys for Plaintiffs*

Dated: January 28, 2020          Respectfully Submitted,

O'MELVENY & MYERS LLP

By: _____
Matt Kline

Andrew J. Frackman
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: afrackman@omm.com

Daniel M. Petrocelli (pro hac vice)
Matt Kline (pro hac vice)
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
Email: dpetrocelli@omm.com
Email: mkline@omm.com

*Attorneys for Defendants*